BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
JEFFREY A. SPIVAK
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
   United States of America

FILED

OCT - 7 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF ) SW NO: 1:14SW 00194 GSA 
)
ALL FUNDS HELD IN CHASE ACCOUNT ) **UNDER SEAL**
NUMBER 959981234, IN TOTAL )
AMOUNT NOT TO EXCEED $499,680.23 ) SEALING ORDER
THE ACCOUNT IS MAINTAINED IN THE )
NAME OF MAYPIA XIONG DBA )
LV MARKET )
)
)
)
)
)
)
_____)

The United States of America, having applied to this Court, for an Order permitting it to file the seizure warrant, application, and affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the seizure warrant, application, and affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 10/7/14

_____
HON. GARY S. AUSTIN
U.S. MAGISTRATE JUDGE